SEND

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 08–7750 PA (FFMx) | Date | December 18, 2008 |
|---|---|---|---|
| Title | Am. Gen. Life Ins. Co. v. Leonard A. Wright, et al. | | |

| Present: The Honorable | PERCY ANDERSON, UNITED STATES DISTRICT JUDGE |
|---|---|

| Paul Songco | N/A | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:**   IN CHAMBERS – ORDER TO SHOW CAUSE

The Court has reviewed the complaint ("Complaint") filed by plaintiff American General Life Insurance Co. ("Plaintiff"). Plaintiff asserts that federal jurisdiction exists on the basis of diversity of citizenship. In the Complaint, Plaintiff states that it is a citizen of Texas, but that it conducts business throughout California. (Compl. ¶ 2.)

Upon review of the Complaint, the Court has determined that further inquiry into whether it has subject matter jurisdiction is warranted. Plaintiff is hereby ordered to provide the following information, in the form required under Rule 56(e) of the Federal Rules of Civil Procedure, on or before January 5, 2009:

1. The percentage of its income that Plaintiff earns in California, and in Nevada;

2. The number of employees and executive and management staff of Plaintiff working in California, and in Nevada;

3. The percentage of Plaintiff's tangible property located in California, and in Nevada;

4. The percentage of Plaintiff's points of contact for dealing with the public, including all retail points of sale, located in California, and in Nevada. Please include the number of agents or brokers, whether employees or not, in California, and in Nevada;

5. Whether any other courts have addressed the issue of Plaintiff's citizenship and, if so, what their findings were. Please attach any written rulings or decisions.

IT IS SO ORDERED.