**SEND**

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 08–7750 PA (FFMx) | Date | February 2, 2009 |
|---|---|---|---|
| Title | Am. Gen. Life Ins. Co. v. Leonard A. Wright, et al. | | |

| Present: The Honorable | PERCY ANDERSON, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Paul Songco | N/A | N/A |
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:** IN CHAMBERS – ORDER TO SHOW CAUSE

      Before the Court is Plaintiff's response to the Court's December 18, 2008 Order to Show Cause regarding Plaintiff's citizenship. In response to the Court's question whether any other courts have determined Plaintiff's citizenship, Plaintiff responded:

> While AGLIC has no means for determining whether any other courts have previously ruled on its citizenship for the purposes of diversity jurisdiction, it appears, anecdotally, that there have been no prior rulings on this issue.

(Pls.' Resp. 5.) The Court finds that this response is inadequate. Plaintiff's counsel are ordered to confer with their client, including its general counsel, to determine if there have been any prior cases in which the issue of Plaintiff's citizenship was raised. Plaintiff shall file a declaration in response to this Order, signed under penalty of perjury, no later than February 13, 2009.

      IT IS SO ORDERED.